# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Cynthia Thompson

          Debtor(s)

Case No. 11 B 28378

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 07/08/2011.

2)   The plan was confirmed on 10/03/2011.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/03/2011.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)   The case was Converted on 03/22/2013.

6)   Number of months from filing to last payment: 21.

7)   Number of months case was pending: 24.

8)   Total value of assets abandoned by court order:  NA .

9)   Total value of assets exempted:  NA .

10)  Amount of unsecured claims discharged without payment: $0.00.

11)  All checks distributed by the trustee relating to this case have cleared the bank.

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,946.14 |
| Less amount refunded to debtor | $161.54 |
| **NET RECEIPTS:** | **$6,784.60** |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,488.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $306.39 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,794.39** |

Attorney fees paid and disclosed by debtor:  $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA Checkmate LLC | Unsecured | NA | 1,311.08 | 1,311.08 | 0.00 | 0.00 |
| Aaron's Inc | Unsecured | NA | 180.00 | 180.00 | 0.00 | 0.00 |
| Acclaim Credit Technol | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 300.00 | 300.49 | 300.49 | 0.00 | 0.00 |
| AFNI | Unsecured | NA | 492.99 | 492.99 | 0.00 | 0.00 |
| AFNI | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| Allied International Credit | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Unsecured | NA | 1,145.94 | 1,145.94 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 800.00 | 1,251.00 | 1,251.00 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 867.00 | 1,848.72 | 1,848.72 | 0.00 | 0.00 |
| Ameriloan | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| Ashro | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Blitt & Gaines | Unsecured | 1,787.00 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | NA | 1,295.20 | 1,295.20 | 0.00 | 0.00 |
| Cash America | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 357.00 | 357.20 | 357.20 | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Charles G McCarthy Jr & Associates | Unsecured | 1,250.00 | 1,749.51 | 1,749.51 | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 160.00 | 146.40 | 146.40 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 2,225.96 | 3,216.50 | 3,216.50 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,327.48 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| CVF Consumer Acquisition Co | Unsecured | NA | 853.26 | 853.26 | 0.00 | 0.00 |
| ER Solutions | Unsecured | 3,005.48 | NA | NA | 0.00 | 0.00 |
| Fair Collections & Out | Unsecured | 2,397.00 | NA | NA | 0.00 | 0.00 |
| GMAC Auto Financing | Unsecured | 1,146.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 2,124.00 | 12,318.60 | 12,318.60 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 1,154.40 | 1,154.40 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | NA | 100.12 | 100.12 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 350.00 | 596.39 | 596.39 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 500.00 | 1,466.38 | 1,466.38 | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Marcotte Medical Group | Unsecured | 868.16 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 760.23 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 774.00 | 805.79 | 805.79 | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,073.00 | NA | NA | 0.00 | 0.00 |
| Money Market | Unsecured | 175.00 | 507.89 | 507.89 | 0.00 | 0.00 |
| National Capital Management LLC | Unsecured | 14,177.00 | 5,432.50 | 5,432.50 | 0.00 | 0.00 |
| National Capital Management LLC | Secured | 14,177.00 | 15,132.50 | 9,700.00 | 2,242.06 | 748.15 |
| National Credit Lenders | Unsecured | NA | 2,787.71 | 2,787.71 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 389.00 | 415.83 | 415.83 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| North Star Capital Acquisitions | Unsecured | 58.00 | 2,010.38 | 2,010.38 | 0.00 | 0.00 |
| North Star Capital Acquisitions | Unsecured | NA | 2,056.58 | 2,056.58 | 0.00 | 0.00 |
| Payday Loan | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 100.00 | 1,550.00 | 1,550.00 | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 234.97 | 234.97 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 709.00 | 854.14 | 854.14 | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | NA | 621.75 | 621.75 | 0.00 | 0.00 |
| Weinstein & Riley P S | Unsecured | NA | 2,540.38 | 2,540.38 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $9,700.00 | $2,242.06 | $748.15 |
| **TOTAL SECURED:** | **$9,700.00** | **$2,242.06** | **$748.15** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$49,602.10** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,794.39 |
| Disbursements to Creditors | $2,990.21 |
| **TOTAL DISBURSEMENTS** : | **$6,784.60** |

      12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/27/2013                    By: /s/ Marilyn O. Marshall

                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**